**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 12, 2015

Hon. Vance W. Gonzales
Hidalgo County District Attorney's Office
100 N. Closer
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Sergio J. Sanchez
4842 S. Jackson Road
Edinburg, TX 78539

Hon. Luis A. Gonzalez
Hidalgo County Courthouse
Assistant District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00540-CR
Tr.Ct.No.  CR-12-10873-H
Style:    THE STATE OF TEXAS v. YESICA ATANAY CARRIZALES PIEDRA


        The above-referenced cause has been set for submission without oral argument on Tuesday, June 02, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

                        Very truly yours,

                        Dorian E. Ramirez, Clerk

DER:ch